# Court of Appeals
# of the State of Georgia

ATLANTA,___June 20, 2013_____

*The Court of Appeals hereby passes the following order:*

## A13D0401.  HEADLEY LEOPOLD SCOTT v. EARL RANDALL.

In Case No. A13D0296, Headley Leopold Scott filed an application for discretionary review of the trial court's final judgment, awarding $85,226 to plaintiff Earl Randall in his action for tortious interference with employment relationship. Because the order was directly appealable, this Court granted Scott's application, pursuant to OCGA § 5-6-35 (j).[1]  In the instant case, Scott has filed an application for discretionary review of the trial court's order requiring him to post a supersedeas bond in the amount of $90,552.62, which reflects the amount of the final judgment, plus interest.  As there is nothing left to be decided by the trial court, the post-judgment order requiring the supersedeas bond is also subject to direct appeal.  See *Owens v. Green Tree Servicing LLC*, 300 Ga. App. 22, 24-25 (2) (684 SE2d 99) (2009); OCGA § 5-6-34 (a) (1).

Under OCGA § 5-6-35 (j), this Court will grant an otherwise timely application for discretionary appeal if the order is subject to direct appeal. As the order at issue is subject to direct appeal, this application is hereby GRANTED.  The appellant shall have 10 days from the date of this order to file a notice of appeal with the trial court, if he has not already done so. The trial court is instructed to include a copy of this order in the appellate record.

---

[1] The direct appeal has not yet been docketed in this Court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 06/20/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*